# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

159347

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

NAGESH PALAKURTHI,
          Plaintiff-Appellant,

v

COUNTY OF WAYNE, RAYMOND J.
WOJTOWICZ, and WAYNE COUNTY
TREASURER,
          Defendants-Appellees,

and

LAWRENCE ROCCA,
          Defendant.

SC: 159347
COA: 342533
Court of Claims: 17-000073-MZ

_____/

By order of November 20, 2019, the application for leave to appeal the February 12, 2019 judgment of the Court of Appeals was held in abeyance pending the decision in *2 Crooked Creek, LLC v Cass Co Treasurer* (Docket No. 159856). On order of the Court, the case having been decided on March 16, 2021, ___ Mich ___ (2021), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

p0524